**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

STRIKE 3 HOLDINGS, LLC,

                  Plaintiff,

v.

JOHN DOE subscriber assigned IP address
108.41.178.80,

                  Defendant.

Civil Action No. 2:19-cv-00948-JS-SIL

ORDER

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

      **PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe

("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP address

108.41.178.80.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered

Plaintiff's Complaint nor filed a motion for summary judgment.

      Consistent herewith Plaintiff consents to the Court having its case closed for administrative

purposes.

Dated:  December 2, 2019

*The Clerk of the Court
is directed to mark this
case CLOSED.*

Respectfully submitted,

By:   /s/ *Jacqueline M. James*
      Jacqueline M. James, Esq. (#1845)
      The James Law Firm, PLLC
      445 Hamilton Avenue, Suite 1102
      White Plains, New York 10601
      T: 914-358-6423
      F: 914-358-6424
      E-mail: jjames@jacquelinejameslaw.com
      *Attorneys for Plaintiff*

SO ORDERED:
/s/ JOANNA SEYBERT

Joanna Seybert, USDJ
Dated: Dec. 3, 2019
Central Islip, NY